**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1360**

———————

LYNN HENDERSON BEAR; PAULA RAE SKEEN,

Plaintiffs - Appellants,

and

DAVID ALAN BEAR; JAMES LEE SKEEN; JOSHUA TYLER
SKEEN; CORI NICHOLE SKEEN,

Plaintiffs,

KEITH A. MORRIS; ALICE D. CLINTON; TOMMY ALEX-
ANDER; LOIS JOHNSON; BETTY LOU SAUER; PAULINE
CART; CHARLES CART; SHELLEY JOHNSON; ALLEN
DODGE; SUSAN R. DODGE; GREGORY B. SUMNER;
ESTHER SUMNER,

Parties in Interest,

versus

JOHN   D. WYDRA, JR.; ANGELA MARTINEZ; BOB
RIDGWAY; CARL HORN, III; DIANE K. VISCOVO; L.
A. SCOTT, JR.; MICHAEL F. EASLEY; HAL D.
LINGERFELT; MARY E. HUGHES,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte.  Robert D. Potter, Senior
District Judge.  (CA-97-500-3-P)

———————

Submitted:  July 6, 1999          Decided:  September 21, 1999

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lynn Henderson Bear, Paula Rae Skeen, Appellants Pro Se.  Mark Timothy Calloway, United States Attorney, James Michael Sullivan, Assistant United States Attorney, Charlotte, North Carolina; Leonidas McNeil Chestnut, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's orders denying relief on their action filed under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), and dismissing claims against federal magistrate judges on grounds of judicial immunity. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Bear v. Wydra</u>, No. CA-97-500-3-P (W.D.N.C. Mar. 26, 1998; Feb. 11, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>